UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAN VAN ECK,

                                    Plaintiff,

        - against -                                         **ORDER**

                                                            No. 24-CV-6222 (CS)
MARK BAUER, RYAN MCSPEDON,
MKR VENTURE CAPITAL, LLC, and
MARK S. BAUER LLC,

                                    Defendants.
------------------------------------------------------------x

<u>Seibel, J.</u>

        For reasons set forth on the record today, there is no basis for venue in the Southern

District of New York.  *See* 28 U.S.C. § 1391(b).  Upon the application of Defendants Mark

Bauer and Mark S. Bauer LLC, and on consent of Plaintiff Jan Van Eck and without objection

from Defendant Ryan McSpedon, it is hereby ORDERED that this case be transferred to the

United States District Court for the District of Connecticut where the underlying real property in

question is located.  *See* 28 U.S.C. § 1406(a).

**SO ORDERED.**

Dated:  October 18, 2024
          White Plains, New York

                                            _____
                                            CATHY SEIBEL, U.S.D.J.